# United States District Court
for
## Middle District of Tennessee

### Petition to Modify the Condition or Term of Supervision
*(Probation Form 49 Waiver of Hearing on the Modification is attached)*

Name of Offender: Maurice L. Reed  Case Number: 3:10-00051-01

Name of Sentencing Judicial Officer: Honorable Todd J. Campbell, U.S. District Judge

Date of Original Sentence: December 10, 2010

Original Offense: 18 U.S.C. § 371, Conspiracy to Commit Bank Fraud and Aggravated Identity Theft, 18 U.S.C. § 1344, Bank Fraud, and 18 U.S.C. § 1028A, Aggravated Identity Theft

Original Sentence: 57 months' custody (counts 1 and 4, concurrent), and 24 months' custody count 9, (consecutive to counts 1 and 4), with 5 years' supervised release. (3 years count 1, 5 years count 4, and 1 year count 9).

Type of Supervision: Supervised release   Date Supervision to Commence: August 18, 2015

Assistant U.S. Attorney: Sandra Moses   Defense Attorney: Isaiah S. Gant

## PETITIONING THE COURT

■ To modify the release conditions as follows:

**1.** The defendant shall submit to a search, at any time, with or without a warrant, and by any law enforcement or probation officer, of the offender's person and any property, house, residence, vehicle, papers, computer, other electronic communication or data storage devices or media, and effects upon reasonable suspicion concerning a violation of a condition of supervision or unlawful conduct by the offender, or by any probation officer in the lawful discharge of the officer's supervision functions.

**2.** The defendant shall participate in a workforce development program or other similar program, which includes occupational/career development, including but not limited to assessment, testing, education, training classes, career guidance, employment search, and retention services, as directed by the Probation Officer.

THE COURT ORDERS:
☐ No Action
☐ The extension of supervision as noted above.
☒ The modification(s) as noted above.
☐ Other

Considered this 30 day of Jan, 2014, and made a part of the records in the above case.

_____
Todd J. Campbell
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct. Respectfully submitted,

_____
Jim Perdue, Deputy Chief
U.S. Probation Officer

Place   Nashville, Tennessee

Date   January 29, 2014

## Request for Modification of Supervised Release

On January 29, 2014, this office was informed the probation office for the Central District of California had begun a relocation investigation for Mr. Reed who is presently incarcerated at FCI, Victorville, California. He is scheduled to be released on August 18, 2015, to the Central District of California, providing his case is accepted for supervision. They have reviewed his documentation and requested we approach the Court to request the addition of two special conditions as listed on page one of this petition. It appears the acceptance of his case in the Central District of California is contingent upon the addition of these special conditions.

Mr. Reed does have a considerable criminal history and a condition for warrantless search will serve as a deterrent to future criminal behavior while on supervised release. The condition for employment program participation will provide for additional skills to improve his ability to obtain and maintain employment.

On January 16, 2014, Mr. Reed was provided a waiver of hearing to modify supervision with the proposed conditions listed. Mr. Reed signed the document agreeing to the modification. A copy of the waiver is attached to this petition.

## U.S. Probation Officer Recommendation:

It is respectfully recommended that Mr. Reed's special conditions of supervision be modified as indicated in the petition. Assistant U.S. Attorney Sandra Moses and Assistant Federal Public Defender Isaiah Gant have been advised of the proposed modification and they have no objections. Upon his release from incarceration we will request that jurisdiction be transferred to the Central District of California.

Approved: *[signature]*
Jim Perdue
Deputy Chief U.S. Probation Officer

Offender's address:

Maurice Reed, Reg. No.:03707-041

FCI Victorville Medium II
FEDERAL CORRECTIONAL INSTITUTION
PO BOX 3850
ADELANTO, CA 92301

PROB: 49
(3/89)

# UNITED STATES DISTRICT COURT
## Middle District of Tennessee

### Waiver of Hearing to Modify Conditions
### of Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

Maurice L. Reed shall submit to a search, at any time, with or without warrant, and by any law enforcement or probation officer, of the offender's person and any property, house, residence, vehicle, papers, computer, other electronic communication or data storage devices or media, and effects upon reasonable suspicion concerning a violation of a condition of supervision or unlawful conduct by the offender, or by any probation officer in the lawful discharge of the officer's supervision functions and

The shall participate in a workforce development program or other similar program, which includes occupational/career development, including but not limited to assessment, testing, education, training classes, career guidance, employment search, and retention services, as directed by the Probation Officer.

Signed: *Maurice Reed*  Date: 1-16 2014
Maurice L. Reed

# 03707-041

Witness: *M. A. Hill*
Case Manager